IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and PEOPLE OF THE STATE OF ILLINOIS,<br><br>Plaintiffs,<br><br>v.<br><br>ACIA17 Automotive Inc., a Delaware corporation, d/b/a LEADER AUTOMOTIVE GROUP, et al.<br><br>Defendants. | Case No. 24-cv-13047<br>Judge Jorge L. Alonso |

**NOTICE OF JOINT MOTION**

**PLEASE TAKE NOTICE** that on **Tuesday, January 7, 2024, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, Plaintiff Federal Trade Commission shall appear before the Honorable Jorge L. Alonso, of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, Courtroom 1903, and shall then and there present the following motion attached hereto: **JOINT MOTION FOR ENTRY OF STIPULATED ORDER FOR PERMANENT INJUNCTION, MONETARY RELIEF, AND OTHER RELIEF**.

Dated: December 19, 2024

                                      Respectfully submitted,

                                      FOR THE FEDERAL TRADE COMMISSION:

                                      /s/ *James Davis*
                                      James Davis
                                      Rachel F. Sifuentes
                                      Rachel F. Granetz

Federal Trade Commission
230 South Dearborn Street
Suite 3030
Chicago, Illinois 60604
312.960.5634
jdavis@ftc.gov
rsifuentes@ftc.gov
rgranetz@ftc.gov