UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Federal Trade Commission, et al.
                                     Plaintiff,

v.                                           Case No.: 1:24−cv−13047
                                                      Honorable Jorge L. Alonso

ACIA17 Automotive, Inc., et al.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: Plaintiff FTC's Motion to Compel Production of Documents Responsive to Requests 1−8 [75] [76] is granted. The discovery sought by FTC is relevant and proportional and Defendant Douvas has not provided any valid reasons for not searching for and producing responsive, non−privileged documents located on his personal phone and in his personal email account. Accordingly, the Court finds that Douvas is obligated to search for and produce non−privileged documents from his phone and email account that are responsive to FTC's First Requests for Production Nos. 1−8. The Court notes that Leader Automotive Group (Douvas' former employer) has indicated that it does not object to Douvas producing non−privileged document from his phone and email account. By 7/14/25, Douvas shall identify whether any potentially responsive documents or communications on his phone or email from the relevant time period (March 2021 to present) are unavailable and the reasons that such documents or communications are unavailable. By 7/22/25, Douvas shall begin a rolling production of non−privileged documents responsive to FTC's First Requests for Production Nos. 1−8. By 8/7/25, Douvas shall complete the production of such documents. To the extent Douvas withholds any documents on the basis of privilege, he shall provide a privilege log within 14 days after completing the production. Douvas need not produce text messages from his phone for the time period of March 17, 2023 to May 31, 2023. The parties are to file a joint status report by 7/23/25. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.