**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION and PEOPLE OF THE STATE OF ILLINOIS,<br><br>Plaintiffs,<br><br>v.<br><br>ACIA17 Automotive Inc., a Delaware corporation, d/b/a LEADER AUTOMOTIVE GROUP., et al.,<br><br>Defendants. | Case No. 24-cv-13047<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Daniel P. McLaughlin |

**DEFENDANT JAMES DOUVAS' RESPONSE TO PLAINTIFFS' RULE 12 (c) MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Defendant, James Douvas ("Douvas"), by and through undersigned counsel, hereby responds to Plaintiffs' Motion for Partial Judgment on the Pleadings (Dkt. # 91) and states as follows:

1. James Douvas hereby notifies the Court that he has no response to Plaintiffs' Motion for Partial Judgment on the Pleadings (Dkt. # 91) and has no objection to the Court entering the relief requested in the Motion.

2. James Douvas therefore does not object to the entry of judgment on the First, Second, Third, Fourth, Seventh and Eighth Affirmative Defenses. All other Affirmative Defenses to stand.

Wherefore, James Douvas does not object and hereby agrees to the entry of the Order as stated above and in Plaintiffs' Motion. (Dkt. # 91)

Respectfully submitted,

*/s/ Mark Le Fevour*

Mark LeFevour
ML LeFevour & Associates, Ltd.
1333 Burr Ridge Parkway
Suite 200
Burr Ridge, Illinois 60527
Phone: 847-768-9903
mll@mllalaw.com
ARDC. No. 6185681

**Attorneys for Defendant**
**JAMES DOUVAS**

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 7, 2025**, I served a true and correct copy of the foregoing Response to Plaintiffs' Motion for Partial Judgment on the Pleadings (Dkt. # 92) upon the following by email:

Christen David Lee christen.lee@ilag.gov

Jacob Michael Gilbert Jacob.Gilbert@ilag.gov

Margaret Elizabeth Mcwhorter margaret.mcwhorter@ilag.gov

William S Wingo william.wingo@ilag.gov

Christy Jordan-Copeland c.jordancopeland@ilag.gov

Rachel F. Granetz rgranetz@ftc.gov

Rachel F. Sifuentes rsifuentes@ftc.gov

Lisa Bohl lbohl1@ftc.gov
Steven M. Wernikoff swernikoff@honigman.com, ajones2@honigman.com, litdocket@honigman.com, mfloreani@honigman.com

*Mark L. LeFevour*
Mark L. LeFevour
Attorney for James Douvas

Mark Le Fevour
ML LeFevour & Associates, Ltd.
1333 Burr Ridge Parkway, Suite 200
Burr Ridge, IL 60527
847-768-9903
mll@mllalaw.com
Attorney No.6185681