# ATTACHMENT K

| | |
|---|---|
| **From:** | Mark LeFevour |
| **To:** | Bohl, Lisa |
| **Cc:** | Sifuentes, Rachel; JacobGilbert-contact; McWhorter, Margaret; Wingo, William; Wernikoff, Steven M. |
| **Subject:** | RE: FTC and IL v. Douvas et al., No. 1:24-cv-13047 - Pls." Supplemental Settlement Statement |
| **Date:** | Tuesday, January 20, 2026 1:27:17 PM |
| **Attachments:** | Ex. B Proposed Douvas Privilege Log (002).pdf |
| **Importance:** | High |

Good afternoon,

Attached is the Privilege Log that Leader prepared and we served on you last week.

Below is a link to the redacted documents referenced in the Privilege Log and identified in Douvas' Response to the Motion to Compel,

Combined Redacted Files Final

Please advise if you have any problem opening the link.

Thank you,

Mark


Mark Le Fevour
ML LeFevour & Associates, Ltd.
1333 Burr Ridge Parkway
Suite 200
Burr Ridge, Illinois 60527
Phone: 847-768-9903
Fax: 331-299-2390
mll@mllalaw.com
mllalaw.com

****************** PLEASE NOTE ****************** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.

**From:** Bohl, Lisa <lbohl1@ftc.gov>
**Sent:** Friday, January 16, 2026 1:27 PM
**To:** Mark LeFevour <mll@mllalaw.com>; Settlement_Correspondence_McLaughlin@ilnd.uscourts.gov
**Cc:** Sifuentes, Rachel <rsifuentes@ftc.gov>; JacobGilbert-contact <jacob.gilbert@ilag.gov>; McWhorter, Margaret <margaret.mcwhorter@ilag.gov>; Wingo, William <william.wingo@ilag.gov>

**Subject:** FTC and IL v. Douvas et al., No. 1:24-cv-13047 - Pls.' Supplemental Settlement Statement

Good afternoon,

In connection with the parties' February 5 settlement conference in the above-captioned case, please see attached the supplemental statement by plaintiffs Federal Trade Commission and the People of the State of Illinois.

Thank you,

Lisa Bohl


**Lisa W. Bohl**
Federal Trade Commission, Midwest Region
230 S. Dearborn Street, Suite 3030
Chicago, IL 60604
T: (312) 960-5602
M: (202) 465-0320
lbohl1@ftc.gov