**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Federal Trade Commission, et al.

                         Plaintiff,

v.                                    Case No.: 1:24–cv–13047
                                    Honorable Jorge L. Alonso

ACIA17 Automotive, Inc., et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 28, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: Plaintiff FTC's Third Motion to Compel and Motion for Sanctions [146] is denied. Plaintiff's motion is first denied to the extent it seeks to compel the production of documents. As an initial matter, the record reflects that –– prior to the filing of Plaintiff's motion –– Defendant Douvas' new counsel offered to produce the documents Plaintiff now seeks to compel. Accordingly, Plaintiff's statement that the parties "had reached an impasse on the discovery issues" is incorrect and Plaintiff "did not exhaust [its] meet–and–confer obligations under Local Rule 37.2 before filing the motion to compel." Khader v. Samsung Elecs. Am., Inc., No. 21 CV 4632, 2023 WL 12219338, at *1 (N.D. Ill. Sept. 26, 2023). "The failure to comply with Local Rule 37.2... is in itself grounds to deny a discovery motion." Little v. JB Pritzker for Governor, No. 18 C 6954, 2020 WL 1939358, at *7 (N.D. Ill. Apr. 22, 2020). In any event, the production issues raised in Plaintiff's motion have become moot because it appears Douvas has produced (or will soon produce) all of the sought–after communications. Turning to the issue of sanctions, the Court first notes that "Local Rule 37.2 only applies to motions for 'discovery and production of documents,' not a motion for sanctions." Noe v. Smart Mortg. Centers, Inc., No. 21 C 1668, 2023 WL 12189608, at *4 (N.D. Ill. Aug. 11, 2023). Pursuant to Rule 37(b)(2)(A)(i), Plaintiff asks that the Court direct that certain "designated facts be taken as established for purposes of the action." Any sanction under Rule 37(b)(2) "must be 'just' [and] the sanction must be specifically related to the particular 'claim' which was at issue in the order to provide discovery." Ins. Corp. of Ireland v. Compagnie des Bauxites de Guinee, 456 U.S. 694, 707 (1982). In this case, assuming for the sake of analysis that the sanctions Plaintiff seeks would be "just," Plaintiff has not sufficiently demonstrated that the factual findings it requests are "specifically related" to the communications that were ordered to be produced. Along those lines, Plaintiff makes no attempt to explain how, for instance, the missing text messages are specifically tied to the requested finding that a "vehicle was not covered by [a] warranty because the vehicle was manufactured for use in Canada." ([146] at 15.) As another example, Plaintiff makes no attempt to explain how the missing text messages are specifically tied to the requested finding that Leader did not provide "truthful reviews by actual customers." (Id.) Under the circumstances, Plaintiff's requested sanctions must be denied. See RG Abrams Ins. v. L. Offs. of C.R. Abrams, 342 F.R.D. 461, 519 (C.D. Cal. 2022) ("[T]he undersigned concludes that some of the matters

Plaintiffs seek to have established are not specifically related to the harm that is caused by Defendants' withholding of the Content Findings and, as such, the remedy they seek is not narrowly–tailored."); United States v. Peters, No. 2:24–CV–0287–WBS–CKD, 2026 WL 972656, at *5 (E.D. Cal. Apr. 10, 2026) ("While it is likely that proper production of documents could contain information that would help to establish the specific matters the government seeks to have established, the proposed established facts go too far. The government has not narrowly tailored the proposed established facts or adequately supported them to the extent the government merely identifies several 'Example RFPs' as relevant to the proposed established facts."). Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.